FRANK H. DUDLEY

*vs.*

LEWISTON, AUGUSTA & WATERVILLE STREET RAILWAY.

Androscoggin County.   Decided December 17, 1914.   Action on the case to recover for personal injuries sustained while a passenger for hire in defendant's street car, which collided with another car of defendant.   Plea, general issue.   Verdict for plaintiff in sum of $725.50.   Defendant filed motion for new trial.   Motion overruled.   *Oakes, Pulsifer & Ludden,* for plaintiff.   *Newell & Skelton,* for defendant.